BUELTEL v. LUMBER MUT. INS. CO.

No. 455P99

Case below: 134 N.C.App. 626

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 December 1999.

CANNON v. CANNON

No. 515P99

Case below: 135 N.C.App. 384

Petition by plaintiff pro se for writ of supersedeas denied 2 December 1999. Justice Martin recused.

COLEMAN v. FARM FRESH, INC.

No. 487P99

Case below: 135 N.C.App. 231

Petition by plaintiff pro se for discretionary review pursuant to G.S. 7A-31 denied 2 December 1999.

COOK v. DOXEY

No. 408P99

Case below: 134 N.C.App. 376

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 December 1999.

DE PORTILLO v. D. H. GRIFFIN WRECKING CO.

No. 457P99

Case below: 134 N.C.App. 714

Petition by plaintiff (Zaida Viver) for discretionary review pursuant to G.S. 7A-31 denied 2 December 1999.